1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KENNETH ARDELL SMITH,                    No.  2:15-cv-1380 KJM AC P

12              Plaintiff,

13        v.                                  FINDINGS AND RECOMMENDATIONS

14   DEUEL VOCATIONAL INSTITUTE et
     al.,
15
16              Defendants.

17

18        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed

19   pursuant to 42 U.S.C. § 1983.  By order dated June 15, 2016, plaintiff's complaint was dismissed

20   and thirty days leave to amend was granted.  ECF No. 8.  Plaintiff was warned that failure to file

21   an amended complaint would result in dismissal of this action.  Id. at 8.  To date, plaintiff has not

22   filed an amended complaint or otherwise responded to the court's order.

23        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

24   prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

25        These findings and recommendations are submitted to the United States District Judge

26   assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty one days

27   after being served with these findings and recommendations, plaintiff may file written objections

28   with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings

                                              1

1   and Recommendations."  Plaintiff is advised that failure to file objections within the specified

2   time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153

3   (9th Cir. 1991).

4   DATED: October 11, 2016

5                                                          _____
                                                           ALLISON CLAIRE
6                                                          UNITED STATES MAGISTRATE JUDGE